RACHEL MARINER, Nevada Bar No. 16728
JASON KULLER, Nevada Bar No. 12244
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89128
Telephone: 725.245.6056
Facsimile: 725.220.1802
rachel@rafiilaw.com
jason@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NYLYNN MILES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GREYSTAR MANAGEMENT SERVICES, LP and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00262<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SCHEDULE OF FILING AN AMENDED COMPLAINT AND RESPONSE** |

Plaintiff Nylynn Miles, on behalf of herself and all others similarly situated and Greystar Management Services LLC, formerly known as Greystar Management Services, LP, through their respective counsel, hereby agree and stipulate to the following:

1. Plaintiff Nylynn Miles shall file an Amended Complaint on or before March 7, ~~2024~~ **2025**.

2. Defendant to file a response to the Amended Complaint on or before April 7, 2025.

The parties agree that good cause exists for this schedule and is made in good faith and not for the purposes of delay.

1

**SCHEDULING STIPULATION**

Dated: February 7, 2025

Respectfully submitted,

/s/ Rachel Mariner
Rachel Mariner, Esq.
Jason Kuller, Esq.
RAFII & ASSOCIATES, P.C.

*Attorneys for Plaintiff*
NYLYNN MILES

Dated: February 7, 2025

Respectfully submitted,

/s/ Zachary Takos
Zachary Takos, Esq.
Takos Law Group, Ltd.

Shawn D. Fabian, Esq. (*pro hac vice* admission pending)
Sheppard Mullin Richter & Hampton, LLP

*Attorneys for Defendant*
GREYSTAR MANAGEMENT SERVICES LLC, formerly known as Greystar Management Services, LP

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date: February 7, 2025

2

**SCHEDULING STIPULATION**