Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email: zach@takoslaw.com

Shawn D. Fabian, Esq., Illinois Bar No. 6310637
*Pro hac vice application forthcoming*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email: sfabian@sheppardmullin.com

*Counsel for Defendant Greystar Management Services, LLC (formerly known as Greystar Management Services, LP)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NYLYNN MILES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR MANAGEMENT SERVICES, LP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00262-APG-EJY<br><br>*[Eighth Judicial District Court, Clark County, NV Case No. A-25-910091-C]*<br><br>**ORDER GRANTING**<br>**MOTION FOR BRIEF EXTENSION OF TIME FOR SHAWN D. FABIAN TO FILE VERIFIED PETITION**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Defendant Greystar Management Services, LLC (formerly known as Greystar Management Services, LP) ("Greystar"), hereby requests a brief extension of time for its lead counsel, Shawn D. Fabian, to file his verified petition for permission to appear and practice in this case. Local Rule IA 11-2(e) and this Court's Notice dated February 7, 2025 (ECF No. 5) require Mr. Fabian to file his verified petition by February 21, 2025. However, despite the exercise of due diligence, Mr. Fabian has been unable to obtain all of the applicable certificates of good

1

standing. A number of the courts from which Mr. Fabian requested certificates will only send the certificates by mail, which has delayed the filing of the verified petition.

As a result of the foregoing, Greystar respectfully submits that good cause exists to grant Mr. Fabian an extension of 14 days in which to file his verified petition. In addition, this is the first motion for an extension of time to file the verified petition.

DATED this 21st day of February, 2025.

TAKOS LAW GROUP, LTD.

/s/ Zachary P. Takos
Zachary P. Takos, Esq., Nevada Bar No. 11293
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135

Shawn D. Fabian, Esq., Illinois Bar No. 6310637
*Pro hac vice application forthcoming*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654

*Counsel for Defendant Greystar Management Services, LLC (formerly known as Greystar Management Services, LP)*

IT IS SO ORDERED:

Dated: March 12, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2