Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email: zach@takoslaw.com

Shawn D. Fabian, Esq., Illinois Bar No. 6310637
*Admitted pro hac vice*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email: sfabian@sheppardmullin.com

*Counsel for Defendant Greystar Management Services, LLC (formerly known as Greystar Management Services, LP)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NYLYNN MILES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR MANAGEMENT SERVICES, LP, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00262-APG-EJY<br><br>**ORDER GRANTING**<br>**JOINT MOTION FOR MODIFIED**<br>**BRIEFING SCHEDULE** |

Defendant Greystar Management Services, LLC ("Greystar")[1] and Plaintiff Nylynn Miles ("Plaintiff") (collectively, the "Parties"), through their undersigned counsel, respectfully submit this motion for an order entering the Parties' proposed briefing schedule related to Greystar's forthcoming Motion to Compel Arbitration Pursuant to the Federal Arbitration Act, to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and to Strike Class Allegations Pursuant to Federal Rule of Civil Procedure 12(f) ("Greystar's Motion"). In support, the Parties state as follows:

---

[1] The correct entity name is Greystar Management Services, LLC, formerly known as Greystar Management Services, LP.

1

1. The Court entered an Order on Stipulation on February 7, 2025, ordering Greystar to answer or otherwise respond to Plaintiff's Amended Complaint on or by April 7, 2025 (ECF No. 8).

2. Greystar will file Greystar's Motion on April 7, 2025.

3. The Parties have conferred on a briefing schedule in connection with Greystar's Motion.

4. The Parties respectfully request the Court enter the following briefing schedule: Plaintiff must file her response to Greystar's Motion on or by May 7, 2025. Greystar must file its reply to Greystar's Motion on or by May 30, 2025.

5. The rationale for the extension is as follows: Plaintiff's counsel requested the extension to manage her own full case load after an extended medical leave and Greystar kindly showed professional courtesy and agreed.

6. Greystar requests a reciprocal extension.

7. This motion is not being made for purposes of delay or any other improper reason.

Respectfully submitted,

DATED this Ninth day of April, 2025.

**TAKOS LAW GROUP, LTD.**

/s/ Zachary P. Takos
Zachary P. Takos, Esq., Nevada Bar No. 11293
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135

Shawn D. Fabian, Esq., Illinois Bar No. 6310637
*Pro hac vice application forthcoming*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654

*Counsel for Defendant Greystar Management Services, LLC (formerly known as Greystar Management Services, LP)*

2

|   |   |
|---|---|
| 1 | RAFII & ASSOCIATES, P.C. |
| 2 |   |
| 3 | */s/ Rachel Mariner*<br>Rachel Mariner<br>1120 N. Town Center Dr., Suite 130 |
| 4 | Las Vegas, Nevada 89128 |
| 5 | *Counsel for Plaintiff Nylynn Miles* |

IT IS SO ORDERED:

Dated: April 10, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3