Jason Kuller, Nevada Bar No. 12244
Rachel Mariner, Nevada Bar No. 16728
Robert Montes, Jr., *admitted pro hac vice*
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89128
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: jason@rafiilaw.com
Email: rachel@rafiilaw.com
Email: robert@rafiilaw.com

*Attorneys for Plaintiff Nylynn Miles,*
*on behalf of herself and all others*
*similarly situated,*

Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email: zach@takoslaw.com

Shawn D. Fabian, Esq., a*dmitted pro hac vice*
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email: sfabian@sheppardmullin.com

*Counsel for Defendant Greystar Management*
*Services, LLC*



RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NYLYNN MILES, on behalf of herself and all others similarly situated,

     Plaintiff,

v.

GREYSTAR MANAGEMENT SERVICES, LP and DOES 1 through 50, inclusive,

     Defendants.

Case No.: 2:25-cv-00262-APG-EJY

**STIPULATION AND ORDER FOR STAY OF SUPPLEMENTAL BRIEFING**

**(FIRST REQUEST)**

Plaintiff Nylynn Miles, on behalf of herself and all others similarly situated, and Greystar Management Services LLC, formerly known as Greystar Management Services, LP, through their respective counsel, hereby agree and stipulate to the following:

1. This Court entered an Order (ECF No. 52) requiring "the parties to submit supplemental briefing, limited to seven pages, as outlined in this order per the following schedule: (1) the parties' simultaneous briefs are due March 4, 2026; (2) simultaneous response briefs are due March 11, 2026.

2. The Parties are discussing the possible settlement of this matter.

1
**STIPULATION AND PROPOSED ORDER FOR STAY OF SUPPLEMENTAL BRIEFING
(FIRST REQUEST)**

3. The Parties therefore seek to stipulate to an amended briefing schedule:

    a. The Parties shall submit supplemental briefing, limited to seven pages, as outlined in ECF No. 52 per the following revised schedule:

        i. The parties' simultaneous briefs are due March 18, 2026

        ii. Simultaneous response briefs are due March 25, 2026.

The parties agree that good cause exists for this schedule and is made in good faith and not for the purposes of delay.

Dated: March 2, 2026

Respectfully Submitted,

/s/ Rachel Mariner
Rachel Mariner, Nevada Bar No. 16728
Jason Kuller, Nevada Bar No. 12244
Robert Montes, Jr., *admitted pro hac vice*
**RAFII & ASSOCIATES, P.C.**

*Attorneys for Plaintiff Nylynn Miles,
on behalf of herself and all others similarly
situated*

Dated: March 2, 2026

Respectfully Submitted,

/s/ Shawn Fabian
Shawn D. Fabian, Esq. (admitted pro hac vice)
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**

Zachary Takos, Esq.
**TAKOS LAW GROUP, LTD.**

*Counsel for Defendant Greystar Management
Services, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: <u>March 3, 2026</u>

2
**STIPULATION AND PROPOSED ORDER FOR STAY OF SUPPLEMENTAL BRIEFING
(FIRST REQUEST)**



RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS