Zachary P. Takos, Esq., Nevada Bar No. 11293
TAKOS LAW GROUP, LTD.
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Email: zach@takoslaw.com

Shawn D. Fabian, Esq., Illinois Bar No. 6310637
*Admitted pro hac vice*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email: sfabian@sheppardmullin.com

Counsel for Defendant Greystar Management Services, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NYLYNN MILES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GREYSTAR MANAGEMENT SERVICES, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00262-APG-EJY<br><br>**STIPULATION AND ORDER FOR STAY OF SUPPLEMENTAL BRIEFING**<br><br>**[SECOND REQUEST]** |

Plaintiff Nylynn Miles, on behalf of herself and all others similarly situated and Greystar Management Services LLC, through their respective counsel, hereby agree and stipulate to the following:

1. On February 18, 2026, this Court entered an Order directing the Parties to file supplemental briefing regarding whether Plaintiff may proceed with a joint action that does not allege a sexual harassment dispute (the "Supplemental Briefing"). Pursuant to the February 18

1

SMRH:4920-7753-5128.4

Order, the Parties' opening briefs were due March 4, 2026, and their response briefs were due March 11, 2026. (ECF No. 52).

2. On March 2, 2026, the Parties were engaged in settlement negotiations and accordingly filed a Stipulation and Proposed Order For Stay of Supplemental Briefing. (ECF 53). On March 3, 2026, the Court entered an Order extending the Supplemental Briefing deadlines by two (2) weeks. (ECF 54).

3. The Parties have reached a settlement in principle and are in the process of finalizing the settlement documentation.

4. The Parties therefore seek to extend the Supplemental Briefing schedule as follows:

    a. The Parties shall submit supplemental briefing, as outlined in ECF No. 52, per the following revised schedule:

        i. The Parties' opening briefs are due April 1, 2026;

        ii. The Parties' response briefs are due April 8, 2026.

The Parties agree that good cause exists for this schedule and is made in good faith and not for the purposes of delay. More specifically, the Parties anticipate finalizing the settlement documentation and dismissing this action in its entirety within the next fourteen (14) days, obviating the need for the Parties to engage in the Supplemental Briefing.

Dated:  March 16, 2026                Dated:  March 16, 2026

SMRH:4920-7753-5128.4

Respectfully submitted,

Respectfully submitted,

*/s/ Rachel Mariner*
Rachel Mariner, Esq.
Jason Kuller, Esq.
RAFII & ASSOCIATES, P.C.

*Attorneys for Plaintiff*
NYLYNN MILES

*/s/ Shawn D. Fabian*
Shawn D. Fabian, Esq.
Sheppard Mullin Richter & Hampton, LLP

Zachary Takos, Esq.
Takos Law Group, Ltd.

*Attorneys for Defendant*
GREYSTAR MANAGEMENT SERVICES LLC

IT IS SO ORDERED:

Dated: __March 17, 2026__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3