Zachary P. Takos, Esq., Nevada Bar No. 11293
TAKOS LAW GROUP, LTD.
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Email: zach@takoslaw.com

Shawn D. Fabian, Esq., Illinois Bar No. 6310637
*Admitted pro hac vice*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499.6300
Email: sfabian@sheppardmullin.com

Counsel for Defendant Greystar Management
Services, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NYLYNN MILES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR MANAGEMENT SERVICES, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00262-APG-EJY<br><br>**STIPULATION AND ORDER FOR STAY OF SUPPLEMENTAL BRIEFING**<br><br>**[THIRD REQUEST]** |

Plaintiff Nylynn Miles, on behalf of herself and all others similarly situated, and Greystar Management Services, LLC (the "Parties"), through their respective counsel, hereby agree and stipulate to the following:

1. On February 18, 2026, this Court entered an Order directing the Parties to file supplemental briefing regarding whether Plaintiff may proceed with a joint action that does

not allege a sexual harassment dispute (the "Supplemental Briefing"). Pursuant to the February 18 Order, the Parties' opening briefs were due March 4, 2026, and their response briefs were due March 11, 2026. (ECF No. 52).

2. On March 2, 2026, the Parties were engaged in settlement negotiations and accordingly filed a Stipulation and Proposed Order for Stay of Supplemental Briefing. (ECF No. 53). On March 3, 2026, the Court entered an Order extending the Supplemental Briefing deadlines by two (2) weeks. (ECF No. 54). Pursuant to the March 3 Order, the Parties' opening briefs were due March 18, 2026, and their response briefs were due March 25, 2026. (*Id.*).

3. On March 16, 2026, the Parties filed a Second Stipulation and Proposed Order for Stay of Supplemental Briefing, advising the Court that the Parties had reached a settlement in principle and were in the process of finalizing the settlement documentation. (ECF No. 55). On March 18, 2026, the Court entered an Order extending the Supplemental Briefing deadlines by another two (2) weeks. (ECF No. 56). Pursuant to the March 18 Order, the Parties' opening briefs are due April 1, 2026, and their response briefs are due April 8, 2026. (*Id.*).

4. The Parties have since finalized the settlement documentation, which awaits execution by the Parties. Plaintiff suffered a medical issue that has delayed signing of the settlement documentation.

5. The Parties therefore seek to extend the Supplemental Briefing schedule as follows:

    a.    The Parties shall submit supplemental briefing as outlined in ECF No. 52 per the following schedule:

        i.    The Parties' opening briefs are due May 1, 2026; and

        ii.    The Parties' response briefs are due May 8, 2026.

    b.    Alternatively, the Parties shall submit a stipulation of dismissal within thirty (30) days of the Court's entry of this Order.

44MG-405027

The Parties agree that good cause exists for this schedule and is made in good faith and not for the purposes of delay.  The Parties anticipate that the settlement documentation will be fully executed and this action will be dismissed in its entirety within the next thirty (30) days, obviating the need for the Parties to engage in the Supplemental Briefing.

Dated:  March 30, 2026                    Dated:  March 30, 2026

Respectfully submitted,                   Respectfully submitted,

/s/ Rachel Mariner                        /s/ Shawn D. Fabian
Rachel Mariner, Esq.                      Shawn D. Fabian, Esq.
Jason Kuller, Esq.                        Sheppard Mullin Richter & Hampton,
RAFII & ASSOCIATES, P.C.                   LLP (admitted pro hac vice)

Attorneys for Plaintiff                   Zachary Takos, Esq.
NYLYNN MILES                              Takos Law Group, Ltd.


                                          Attorneys for Defendant
                                          GREYSTAR MANAGEMENT
                                          SERVICES LLC


IT IS SO ORDERED:

Dated:__March 31, 2026_____


_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

-3-

44MG-405027