Jason Kuller, Nevada Bar No. 12244
Rachel Mariner, Nevada Bar No. 16728
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89128
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: jason@rafiilaw.com
Email: rachel@rafiilaw.com
*Attorneys for Plaintiff Nylynn Miles*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NYLYNN MILES, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

GREYSTAR MANAGEMENT SERVICES, LP and DOES 1 through 50, inclusive,

    Defendants.

Case No.: 2:25-cv-00262-APG-EJY

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Nylynn Miles, on behalf of herself and all others similarly situated, and Greystar Management Services LLC, formerly known as Greystar Management Services, LP, through their respective counsel, hereby agree and stipulate as follows:

1. The parties have resolved all disputes between them pursuant to a confidential settlement agreement on terms acceptable to all parties.

2. Plaintiff filed this action as an individual, putative class, and putative collective action asserting claims under Nevada law and the Fair Labor Standards Act, among others. Plaintiff's operative pleading is the Second Amended Individual, Class & Collective Action Complaint, which asserts Nevada wage-and-hour class allegations, an FLSA collective, and individual claims, and identifies the action as a "CLASS & COLLECTIVE ACTION."

3. No Rule 23 class was certified, no FLSA collective was certified or conditionally certified, and no class or collective notice issued in this action. The parties further state that approval of any class or collective settlement is unnecessary because no class or collective was ever certified and the claims at issue were subject to arbitration agreements and individual resolution. The Complaint pleads "ARBITRATION EXEMPTIONS CLAIMED: CLASS

1

**STIPULATION AND PROPOSED ORDER FOR STAY OF SUPPLEMENTAL BRIEFING (FIRST REQUEST)**

ACTION; EFAA 9 U.S.C. §42(a)," reflecting the parties' arbitration-related posture with respect to class and collective allegations . Court approval under Rule 23 or the FLSA is therefore not required for dismissal of this action.

4. Accordingly, the parties stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the entire action, including all claims and all putative class and collective allegations, WITH PREJUDICE as to Plaintiff's individual claims, and WITHOUT PREJUDICE as to any claims of any putative, uncertified class or collective members.

5. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the parties' confidential settlement agreement.

6. The parties request that the Court retain no jurisdiction to enforce the settlement agreement; provided, however, the parties may submit a separate stipulation for retention of jurisdiction if needed.

IT IS SO STIPULATED.

Dated: April 2, 2026

Respectfully Submitted,

/s/ Rachel Mariner
Rachel Mariner, Nevada Bar No. 16728
Jason Kuller, Nevada Bar No. 12244
Robert Montes, Jr., *admitted pro hac vice*
**RAFII & ASSOCIATES, P.C.**

*Attorneys for Plaintiff Nylynn Miles, on behalf of herself and all others similarly situated*

Dated: April 2, 2026

Respectfully Submitted,

/s/ Shawn D. Fabian
Shawn D. Fabian, Esq. (admitted pro hac vice)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Zachary Takos, Esq.
**TAKOS LAW GROUP, LTD.**

*Counsel for Defendant Greystar Management Services, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 14, 2026

2

**STIPULATION AND PROPOSED ORDER FOR STAY OF SUPPLEMENTAL BRIEFING (FIRST REQUEST)**



RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS